IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FIRST MEDIA INSURANCE )
SPECIALISTS, INC., *et al.* )
)
     *Plaintiffs*, )
)
v. ) Case No. 10-2501-EFM
)
ONEBEACON INSURANCE )
COMPANY, *et al.* )
)
     *Defendants.* )
_____)

**MEMORANDUM AND ORDER**

The Court now considers recent filings by the parties, specifically, Documents 119, 120, 121 and 122. Documents 119 and 121 are motions for leave to file certain matters under seal. Both motions provide adequate detail for the request, and both motions are granted. The parties have previously filed in this case motions for leave to file under seal which the Court denied due to the parties' non-compliance with the Court's Motion Practice Guidelines as set forth on the web site for the United States District Court for the District of Kansas (see Doc. 111). The Court is pleased that these motions are in compliance with those guidelines, and thus grants them.

On that web site, however, under this particular Judge's "Guidelines and Orders," the entry immediately following that Motion Practice Guidelines is one entitled "Standing Order regarding Page Limitations for Memorandums and Briefs." Regrettably, it does not appear that the parties have noted this Standing Order. That order limits briefs to 50 pages, and notes that motions to exceed these page limitations will only be granted for good cause shown.

Both Documents 120 and 122 facially appear to be in violation of this Standing Order, and no motions to exceed the limitations therein set forth have been filed. Document 122 is shown on the Court's electronic filing index to be 59 pages; however, further examination shows that the actual memorandum of law is only 50 pages, and the additional pages are consumed by the caption, table of contents, table of authorities, index of exhibits, and certificate of service. The Court therefore finds Document 122 to be in practical, if not technical, compliance with its Standing Order.

Document 120, however, is shown by the Court's electronic filing index to be 86 pages, and closer examination of the filing cannot construe it to be in compliance with the Court's Standing Order. Since no motion for leave to exceed the page limit has been filed, the Court orders Document 120 to be stricken from the record, with leave to re-file a conforming document, or to make a motion to file a nonconforming one, within 14 days of this Order.

**IT IS THEREFORE ORDERED** that the Motions for Leave to File under Seal at Documents 119 and 121 are hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Memorandum filed at Document 120 is ordered **STRICKEN**, with leave to re-file a conforming document, or to make a motion to file a nonconforming one, within 14 days of this Order.

**IT IS SO ORDERED**.

Dated this 10th day of March, 2014.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE